**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **Robert Hall** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No.: 8:23-cv-01010-TDC** |
| **RAC Acceptance East, LLC, *et al*.** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

**NOTICE OF SETTLEMENT**

Defendant OneMain Financial Group, LLC ("Defendant" or "OneMain"), by and through its undersigned counsel, hereby provides notice to the Court that Plaintiff, Robert Hall, and OneMain have reached a settlement agreement in the above-titled case and are presently finalizing settlement and dismissal documents. Upon execution of all settlement documents, the Plaintiff and OneMain will file the appropriate dismissal notice with the Court.

Respectfully Submitted,

*/s/ Brett A. Buckwalter*

Brett A. Buckwalter (No. 26500)
NILES, BARTON & WILMER, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Tel: (410) 783-6300
Fax: (410) 783-6488
babuckwalter@nilesbarton.com
***Counsel for Defendant***
***OneMain Financial Group, LLC***

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 8th day of October 2024, a copy of the foregoing Notice of Settlement was filed and served via the court's CM/ECF system to all counsel of record and the following *pro se* litigant:

Mr. Robert Hall
6210 Belcrest Road, #1424
Hyattsville, MD 20782

*/s/ Brett A. Buckwalter*
Brett A. Buckwalter (No. 26500)