**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **Robert Hall** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No.: 8:23-cv-01010-TDC** |
| **RAC Acceptance East, LLC, *et al*.** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert Hall, proceeding *pro se*, and Defendant OneMain Financial Group, LLC ("OneMain"), by and through its undersigned counsel, hereby agree and stipulate to the dismissal of Plaintiff's claims against OneMain only, *with prejudice*.

Respectfully Submitted,

*/s/ Robert Hall*
Robert Hall
10 K Street, SE
#1012
Washington, DC 20003
Tel: (301) 412-5673
rhall@gosmartllc.com
***Plaintiff, Pro SE***

*/s/ Brett A. Buckwalter*
Brett A. Buckwalter (No. 26500)
NILES, BARTON & WILMER, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
Tel: (410) 783-6300
babuckwalter@nilesbarton.com
***Counsel for Defendant***
***OneMain Financial Group, LLC***

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 18th day of December 2024, a copy of the foregoing Stipulation of Dismissal was filed and served via the court's CM/ECF system to all counsel of record and the following *pro se* litigant: Mr. Robert Hall.

*/s/ Brett A. Buckwalter*
Brett A. Buckwalter (No. 26500)